UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY _____ D.C.

04 DEC -1 PM 4:12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF SETTING
### Before Judge J. Daniel Breen, United States District Judge

December 1, 2004

RE:   2:98cr20239-B
      USA v. CHESTER LEE MORGAN (B)

Dear Sir/Madam:

A(n) **SUPERVISED RELEASE VIOLATION HEARING** before **Judge J. Daniel Breen** has been **SET** for **TUESDAY, DECEMBER 14, 2004** at **2:00 P.M. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: /s/ Rita Pomtree
Rita Pomtree
Director, Courtroom Services
901-495-1462

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 2:98-CR-20239 was distributed by fax, mail, or direct printing on December 2, 2004 to the parties listed.

---

Larry M. Sargent
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT