**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.

04 DEC -9  PM 5: 06

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>CHESTER MORGAN,<br>    Defendant. | )<br>)<br>)<br>)<br>)    Cr. No. 2:98cr20239-JDB<br>)<br>)<br>)<br>) |

---

## ORDER ON CONSENTED MOTION TO RESCHEDULE CASE

---

The Defendant in this cause filed an unopposed motion to continue this case. For good

cause shown, this matter shall be continued to the __24__ day of January _____, 2005, at 1:30 p.m.

SO ORDERED this ____9th____ day of December, 2004.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12-10-04__

129

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 129 in case 2:98-CR-20239 was distributed by fax, mail, or direct printing on December 10, 2004 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry M. Sargent
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT