IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 FEB -8 AM 11: 05
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.　　　　　　　　　　　　　　　　　No. 98-20239-B

CHESTER LEE MORGAN,

Defendant.

### ORDER GRANTING GOVERNMENT'S MOTION
### TO CONTINUE SUPERVISED RELEASE HEARING

It is hereby ORDERED that the Government's motion to continue the hearing on the petition to revoke the supervised release of defendant, CHESTER MORGAN, currently set for February 10, 2005, is hereby GRANTED, and the sentencing is hereby reset to THUR. 2/24 2005, at 3:30 p.m.

DONE at Memphis, Tennessee, this 8th day of Feb, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 2-8-05

134

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 134 in case 2:98-CR-20239 was distributed by fax, mail, or direct printing on February 8, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Larry M. Sargent
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT