UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY ___ D.C.
05 FEB 28 AM 11: 17

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:98CR20239-001

CHESTER LEE MORGAN
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

    The defendant, Chester Lee Morgan, was represented by William Massey, Esq.

    It appearing that the defendant, who was convicted on November 12, 1999, with an Amended Judgment on June 6, 2000, in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant shall remain in force and the defendant shall continue the current term as previously imposed.

    FURTHERMORE, the defendant shall be subject to the existing conditions of release and as an additional condition the Court directs that the defendant continue on supervised release and be committed to Home Confinement for a term of five (5) months.

    Furthermore, the defendant is ordered to bear the cost of Electronic Monitoring according to a schedule established by the Probation Office.

    Signed this the 28th day of February, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 07/25/1967
U.S. Marshal No.: 15167-076
Defendant's Mailing Address: 4260 Steffan Woods, Bartlett, TN 38135

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 3-1-05

(136)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 136 in case 2:98-CR-20239 was distributed by fax, mail, or direct printing on March 1, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT