IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAR -3 AM 11: 23

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                Case No. 98cr20239-B

CHESTER LEE MORGAN

    Defendant

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $350.00, payable to Ashleigh Morgan at 4260 Steffan Woods Cove, Bartlett, TN 38135 in full refund of the cash appearance bond posted herein.

                                                  J. DANIEL BREEN
                                                  United States District Judge

Approved.
Robert R. Di Trolio, Clerk of Court

BY: *Earline Grayer*
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 3-4-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 138 in case 2:98-CR-20239 was distributed by fax, mail, or direct printing on March 4, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT